No. 377. M. B. Siegel, Inc. v. City of Chicago. October 24, 1927. Petition for a writ of certiorari to

the Supreme Court of the State of Illinois denied. *Mr. Elmer M. Leesman* for petitioner. *Messrs. James W. Breen, Samuel A. Ettelson, Edgar B. Tolman* and *Wm. H. Sexton* for respondent.